UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIBEKA PANZA, | ) | |
| | ) | 1:08-CV-01825 OWW SMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| DECIPHER, INC., | ) | |
| Defendant. | ) | |

Pursuant to the notice filed by plaintiff informing the Court this matter has settled, (document [8]), and pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice, each party to bear its/his or her own fees and costs.

IT IS SO ORDERED.

**Dated:　May 26, 2009**　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE